1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Michael E. Sobel, Esq. (State Bar No. 121913)
2  Aaron Wininger, Esq. (State Bar No. 191302)
   Daniel B. Pollack, Esq. (State Bar No. 221176)
3  600 Hansen Way
   Palo Alto, CA  94304-1043
4  Telephone:  (650) 856-6500
   Facsimile:   (650) 843-8777
5
   Attorneys for Plaintiff
6  NATIONAL ENERGY TECHNOLOGY CO., LTD.
7
   KORDA, JOHNSON & WALL LLP
8  J. Joseph Wall, Jr. (State Bar No. 120760)
   66 E. Santa Clara Street, Suite 250
9  San Jose, CA  95113
   Telephone:  (408) 494-0700
10 Facsimile:   (408) 494-0707
11 Attorneys for Defendants
   APOGEE TECHNOLOGIES, INC.,
12 PINNACLE RESEARCH INSTITUTE, INC.,
   and K.C. TSAI
13
                    UNITED STATES DISTRICT COURT
14
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN JOSE DIVISION    *E-FILED  - 8/4/05*
16

| 17 | NATIONAL ENERGY TECHNOLOGY CO., LTD., | Case No.  C 03-05807 RMW (PVT) |
| 18 | | STIPULATION OF DISMISSAL, WITHOUT |
| 19 | Plaintiff, | PREJUDICE (Fed. R. Civ. P. 41(a)(1)) |
| | vs. | |
| 20 | | AND ORDER |
| 21 | APOGEE TECHNOLOGIES, INC., | |
| 22 | Defendant. | |
| 23 | NATIONAL ENERGY TECHNOLOGY CO., LTD., | Case No.  C 03-05714 RMW (PVT) |
| 24 | | |
| 25 | Plaintiff, | |
| | vs. | |
| 26 | PINNACLE RESEARCH INSTITUTE, INC. and K.C. TSAI, | |
| 27 | Defendants. | |
| 28 | | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

STIPULATION OF DISMISSAL, WITHOUT PREJUDICE (Fed. R. Civ. P. 41(a)(1))                                    1.

Case No. C 03-05807 RMW (PVT); Case No. C 03-05714 RMW (PVT)

1      WHEREAS, the parties to these lawsuits have been able to resolve their disputes pursuant

2  to a settlement agreement and related agreements, and

3      WHEREAS, the fulfillment of the parties' settlement will take place over time,

4      PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), IT IS HEREBY

5  STIPULATED AND AGREED by and between the parties to these lawsuits through their

6  respective undersigned attorneys that the above-captioned lawsuits and each of the claims in them

7  are dismissed without prejudice, subject to this Court's retention of ongoing jurisdiction over the

8  lawsuits for the purpose of the fulfillment of the parties' settlement obligations and complete

9  settlement of their disputes.

10                                 Respectfully submitted,

11

12 Dated: July 5, 2005                 SQUIRE, SANDERS & DEMPSEY L.L.P.

13                                   By: _____

14                                        Michael E. Sobel

15                           Attorneys for Plaintiff

16                         NATIONAL ENERGY TECHNOLOGY CO., LTD.

17

18 Dated: July 5, 2005                 KORDA, JOHNSON & WALL

19                                   By: _____

20                                        J. Joseph Wall, Jr.

21                         Attorneys for Defendants

22                         APOGEE TECHNOLOGIES, INC., PINNACLE RESEARCH INSTITUTE, INC.

23                         and K.C. TSAI

24

25         PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 Dated: August 4, 2005               /S/ RONALD M. WHYTE

27                         UNITED STATES DISTRICT JUDGE

28